**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ELLEN DEVINE, | Case No. 2:16-CV-02288-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |
| IPTV-B-L6-136, | |
| Defendant. | |

In light of the defendant's response (ECF No. 7),

IT IS ORDERED that the order to show cause (ECF No. 6) is deemed satisfied and this action will not be remanded for lack of diversity jurisdiction at this time.

DATED this 3rd day of November, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE