# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELLEN DEVINE, | ) | Case No. 2:16-cv-02288-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| IPTV-B-L6-136, LLC, et al., | ) | |
| Defendant(s). | ) | |

The parties filed a joint interim status report that fails to provide any of the information and certifications required by the local rules. *Compare* Docket No. 17 *with* Local Rule 26-3 (as amended, May 1, 2016). The parties shall file an amended status report that complies with the local rules by April 20, 2017.

IT IS SO ORDERED.

DATED: April 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge