| | |
|---|---|
| 1 | KYM SAMUEL CUSHING, ESQ. |
| | Nevada Bar No. 4242 |
| 2 | CARL R. HOUSTON, ESQ. |
| | Nevada Bar No. 11161 |
| 3 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | 300 South Fourth Street, 11th Floor |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 727-1400; Fax: (702) 727-1401 |
| 5 | *Attorneys for Defendant* |
| | *IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN DEVINE, | Case Number |
| Plaintiff, | 2:16-cv-02288-APG -NJK |
| v. | |
| IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER, a Foreign Limited Liability Company; BUFFALO RETAIL CENTER, LLC, a Domestic Limited-Liability Company; BUFFALO ALTA CENTER, LLC, a Domestic Limited-Liability Company; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO: CLERK OF THE COURT; and

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and CARL R. HOUSTON, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel MICHAEL LAFIA, ESQ. formerly of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is no longer an attorney of record in this case. Defendants request that Mr. Lafia be removed from the Court's electronic service list.

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ. and CARL R. HOUSTON, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant IPTV-B-L6-136, LLC dba BUFFALO

Page 1 of 2

1055479v.1

RETAIL CENTER. The firm name, address, telephone number, and fax number will remain the same.

DATED this 20th day of April, 2017.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
KYM SAMUEL CUSHING
Nevada Bar No. 4242
CARL R. HOUSTON, ESQ.
Nevada Bar No. 11161
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER*

IT IS SO ORDERED.
Dated: April 24, 2017

_____
United States Magistrate Judge

1055479v.1