UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN DEVINE, ) | |
| ) | Case No. 2:16-cv-02288-APG-NJK |
| Plaintiff(s), ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| IPTV-B-L6-136, LLC, et al., ) | (Docket No. 25) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion *in limine* to preclude Plaintiff's fourth supplemental disclosures that included newly identified providers and medical records, as well as increasing Plaintiff's damages computation. Docket No. 25. That motion was filed and served on July 5, 2017. *Id.* The deadline for Plaintiff to respond was 14 days from service of the motion. *See* Local Rule 16-3(a). To date, no response has been filed. Accordingly, the Court **GRANTS** the motion *in limine* as unopposed. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: July 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge