# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELLEN DEVINE,<br><br>          Plaintiff,<br><br>v.<br><br>IPTV-B-L6-136,<br><br>          Defendant. | Case No. 2:16-CV-02288-APG-NJK<br><br>**ORDER** |

    In light of the parties' notice of settlement (ECF No. 27),

    IT IS ORDERED that the pending motions **(ECF Nos. 22, 23, 24) are DENIED as moot**.

    IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss or a status report on or before October 13, 2017.

    DATED this 15th day of August, 2017.

                                            ANDREW P. GORDON<br>                                            UNITED STATES DISTRICT JUDGE