| | |
|---|---|
| 1 | **KYM SAMUEL CUSHING, ESQ.**<br>Nevada Bar No. 4242 |
| 2 | **CARL R. HOUSTON, ESQ.**<br>Nevada Bar No. 11161 |
| 3 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>300 South Fourth Street, 11th Floor |
| 4 | Las Vegas, Nevada 89101<br>(702) 727-1400; Fax: (702) 727-1401 |
| 5 | *Attorneys for Defendant*<br>*IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN DEVINE,<br><br>    Plaintiff,<br>vs.<br><br>IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER, a Foreign Limited Liability Company; BUFFALO RETAIL CENTER, LLC, a Domestic Limited-Liability Company; BUFFALO ALTA CENTER, LLC, a Domestic Limited-Liability Company; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive.<br><br>    Defendants. | Case No.: 2:16-CV-02288-APG-NJK |

IT IS HEREBY STIPULATED AND AGREED by and between ELLEN DEVINE ("plaintiff"), through her counsel of record, THE702FIRM, and IPTV-B-L6-136, LLC dba BUFFALO RETAIL CENTER ("defendant"), through its counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, that plaintiff dismisses all her claims in this action with prejudice against defendant. Each party shall bear its own fees and costs. Plaintiff previously dismissed defendants, BUFFALO RETAIL CENTER, LLC and BUFFALO ALTA CENTER, LLC.

. . .

. . .

. . .

Page 1 of 3

1214530v.1

1 | All jury fees deposited, if any, shall be returned forthwith. Trial has not been set in this matter.

Dated this 19th day of October, 2017.                    Dated this 1st day of November, 2017.

**THE702FIRM**                                            **WILSON, ELSER, MOSKOWITZ,**
                                                          **EDELMAN & DICKER, LLP**

*/s/ Michael C. Kane*                                    */s/ Kym Samuel Cushing*

Michael C. Kane, Esq.                                    Kym Samuel Cushing, Esq.
Nevada Bar No. 10096                                     Nevada Bar No. 4242
Bradley J. Myers, Esq.                                   Carl R. Houston, Esq.
Nevada Bar No. 8857                                      Nevada Bar No. 11161
Genevieve Romand                                         300 South Fourth Street, 11th Floor
Nevada Bar No. 13235                                     Las Vegas, Nevada 89101
400 S. 7th Street, Suite 400                             (702) 727-1400
Las Vegas, Nevada 89101                                  *Attorneys for Defendant*
Tel.: 702.776.3333                                       *IPTV-B-L6-136, LLC dba BUFFALO*
Fax.: 702.505.9787                                       *RETAIL CENTER*
*Attorneys for Plaintiff*

1214530v.1

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby ORDERED, ADJUDGED AND DECREED that all of the plaintiff's claims in the above-captioned matter are dismissed WITH PREJUDICE. Each party shall bear its own fees and costs. All jury fees deposited, if any, shall be returned forthwith.

Dated this 1st day of November, 2017.

_____
HONORABLE JUDGE

Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**

BY: _____
**KYM SAMUEL CUSHING**
Nevada Bar No. 4242
**CARL R. HOUSTON, ESQ.**
Nevada Bar No. 11161
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant IPTV-B-L6-136, LLC*
*dba BUFFALO RETAIL CENTER*

1214530v.1